IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| RYAN BLASICK | : | VIOLATIONS:<br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) |
| **Filed Under Seal** | : | (dealing in firearms without a license – 1 count) |
| | : | 18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee – 23 |
| | : | counts)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about July 8, 2020 to on or about October 18, 2020, in the Eastern District of Pennsylvania, and elsewhere, defendant

**RYAN BLASICK**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNTS TWO THROUGH TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Bristol Shooters, located at 5800 Ellwood Avenue, Bristol, Pennsylvania, Johnston's Sporting Goods, located at 715 State Road, Croydon, Pennsylvania, American Arms and Ammunition, located at 808 Bethlehem Pike, Colmar, Pennsylvania, Tanners Sports Center, located at 2301 York Road, Jamison, Pennsylvania, and Frank's Gun Shop, located at 4730 Blakiston Street, Philadelphia, Pennsylvania, each possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2. FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all of his or her answers on Form 4473 are true and correct. The Form 4473 contains language warning that, "I understand that answering 'yes' to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law," "making any false oral or written statement, or the exhibiting of any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony," and "I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

4. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth, to ensure that the person was not prohibited from purchasing a firearm. For example, convicted felons are persons prohibited by law from buying firearms.

5. On or about the dates listed below, in Bristol, Croydon, Colmar, Jamison, and Philadelphia, each in the Eastern District of Pennsylvania, defendant

**RYAN BLASICK,**

in connection with the acquisition of each of the firearms listed below from the FFL holders listed below, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holders' records, in that defendant BLASICK, certified on the Form 4473 that he was the actual transferee/buyer, and that his address was 2 Rose Tree Village, Media, Pennsylvania, when in fact, as defendant knew, these statements were false and fictitious, because BLASICK was purchasing the firearms on behalf of K.W., a person known to the grand jury, and because BLASICK did not reside at 2 Rose Tree Village, Media, Pennsylvania, each date constituting a separate offense:

| Count | Date and Dealer | Firearm | Serial Number |
|---|---|---|---|
| Two | July 8, 2020<br><br>Bristol Shooters<br>5800 Ellwood Avenue<br>Bristol, Pennsylvania | CZ, Model 75BD, 9mm semi-automatic pistol | D194490 |
| Three | July 14, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model M&P Shield, 9mm semi-automatic pistol | JDD0698 |

3

| | | | |
|---|---|---|---|
| Four | July 16, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Walther, Model CCP, .380 caliber semi-automatic pistol | WM007326 |
| Five | July 20, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | NAA, Model Guardian, .40 caliber semi-automatic pistol | BE04006 |
| Six | July 23, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model M&P Shield, .40 caliber semi-automatic pistol | HZE0727 |
| Seven | July 29, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Canik, Model TP9SF, 9mm semi-automatic pistol | 20AT24321 |
| Eight | July 31, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | SCCY, Model CPX-2, 10mm semi-automatic pistol | 945699 |
| Nine | August 2, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Mossberg, Model MC1SC, 9mm semi-automatic pistol | 029914CP |
| | August 2, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | SCCY, Model CPX-2, 9mm semi-automatic pistol | 945612 |
| Ten | August 5, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Canik, Model TP9SA, 9mm semi-automatic | 20AP-05641 |
| | August 5, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Walther, Model P22, .22 caliber semi-automatic pistol | WA275621 |

| | | | |
|---|---|---|---|
| Eleven | August 7, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | SCCY, Model CPX-2, 9mm semi-automatic pistol | 945280 |
| | August 7, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model M&P Shield, 9mm semi-automatic pistol | JES4431 |
| Twelve | August 18, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Taurus, Model G2C, 9mm semi-automatic pistol | ABH800663 |
| Thirteen | August 19, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Ruger, Model EC9s, 9mm semi-automatic pistol | 457-85622 |
| Fourteen | August 20, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Walther, Model PK380, .380 caliber semi-automatic pistol | WB163151 |
| | August 20, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | SCCY, Model CPX-2, 9mm semi-automatic pistol | C004140 |
| Fifteen | August 24, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Springfield, Model XDs, .45 caliber semi-automatic pistol | BY338861 |
| Sixteen | August 26, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Glock, Model 17, 9mm semi-automatic pistol | ACPA731 |

|  | August 26, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike Colmar, Pennsylvania | Canik, Model TP09, 9mm semi-automatic pistol | 20CB17418 |
|---|---|---|---|
| Seventeen | August 27, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model M&P Shield, .45 caliber semi-automatic pistol | HZD7962 |
|  | August 27, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model BG380, .380 caliber semi-automatic pistol | JBK9753 |
| Eighteen | August 28, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Smith & Wesson, Model M&P Shield, .45 caliber semi-automatic pistol | KHP7631 |
| Nineteen | August 31, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Taurus, Model G2C, 9mm semi-automatic pistol | ABG732586 |
|  | August 31, 2020<br><br>Johnston's Sporting Goods<br>715 State Road<br>Croydon, Pennsylvania | Girsan, Model 1911SC, .45 caliber semi-automatic pistol | T6368-20BF00510 |
| Twenty | September 24, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Taurus, Model 856, .38 special revolver | ABE596669 |
|  | September 24, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Glock, Model 23, .40 caliber semi-automatic pistol | TVD095 |

| Twenty-One | October 5, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Beretta, Model 96D, .40 caliber semi-automatic pistol | BER048920 |
|---|---|---|---|
| | October 5, 2020<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Ruger, Model EC9s, 9mm semi-automatic pistol | 458-03860 |
| Twenty-Two | October 11, 2020<br><br>Bristol Shooters<br>5800 Ellwood Avenue<br>Bristol, Pennsylvania | Glock, Model 26, 9mm semi-automatic pistol | AEUF233 |
| Twenty-Three | October 14, 2020<br><br>Tanners Sports Center<br>2301 York Road<br>Jamison, Pennsylvania | Taurus, Model 856, .38 caliber revolver | ABJ900092 |
| | October 14, 2020<br><br>Tanners Sports Center<br>2301 York Road<br>Jamison, Pennsylvania | Glock, Model 19, 9mm semi-automatic pistol | BFNV689 |
| Twenty-Four | October 18, 2020<br><br>Frank's Gun Shop<br>4730 Blakiston Street<br>Philadelphia, Pennsylvania | Springfield, Model Hellcat, 9mm semi-automatic pistol | BY385241 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(A) set forth in this indictment, defendant

### RYAN BLASICK,

shall forfeit to the United States of America, the firearms and other items involved in the commission of such violations, including, but not limited to:

1) A CZ, Model 75BD, 9mm semi-automatic pistol, bearing serial number D194490;

2) A Smith & Wesson, Model M&P Shield, 9mm semi-automatic pistol, bearing serial number JDD0698;

3) A Walther, Model CCP, .380 caliber semi-automatic pistol, bearing serial number WM007326;

4) An NAA, Model Guardian, .40 caliber semi-automatic pistol, bearing serial number BE04006;

5) A Smith & Wesson, Model M&P Shield, .40 caliber semi-automatic pistol, bearing serial number HZE0727;

6) A Canik, Model TP9SF, 9mm semi-automatic pistol, bearing serial number 20AT24321;

7) An SCCY, Model CPX-2, 10mm semi-automatic pistol, bearing serial number 945699;

8) A Mossberg, Model MC1SC, 9mm semi-automatic pistol, bearing serial number 029914CP;

      9)     An SCCY, Model CPX-2, 9mm semi-automatic pistol, bearing serial number 945612;

      10)     A Canik, Model TP9SA, 9mm semi-automatic, bearing serial number 20AP-05641;

      11)     A Walther, Model P22, .22 caliber semi-automatic pistol, bearing serial number WA275621;

      12)     An SCCY, Model CPX-2, 9mm semi-automatic pistol, bearing serial number 945280;

      13)     A Smith & Wesson, Model M&P Shield, 9mm semi-automatic pistol, bearing serial number JES4431;

      14)     A Taurus, Model G2C, 9mm semi-automatic pistol, bearing serial number ABH800663;

      15)     A Ruger, Model EC9s, 9mm semi-automatic pistol, bearing serial number 457-85622;

      16)     A Walther, Model PK380, .380 caliber semi-automatic pistol, bearing serial number WB163151;

      17)     An SCCY, Model CPX-2, 9mm semi-automatic pistol, bearing serial number C004140;

      18)     A Springfield, Model XDs, .45 caliber semi-automatic pistol, bearing serial number BY338861;

      19)     A Glock, Model 17, 9mm semi-automatic pistol, bearing serial number ACPA731;

20) A Canik, Model TP09, 9mm semi-automatic pistol, bearing serial number 20CB17418;

21) A Smith & Wesson, Model M&P Shield, .45 caliber semi-automatic pistol, bearing serial number HZD7962;

22) A Smith & Wesson, Model BG380, .380 caliber semi-automatic pistol, bearing serial number JBK9753;

23) A Smith & Wesson, Model M&P Shield, .45 caliber semi-automatic pistol, bearing serial number KHP7631;

24) A Taurus, Model G2C, 9mm semi-automatic pistol, bearing serial number ABG732586;

25) A Girsan, Model 1911SC, .45 caliber semi-automatic pistol, bearing serial number T6368-20BF00510;

26) A Taurus, Model 856, .38 special revolver, bearing serial number ABE596669;

27) A Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number TVD095;

28) A Beretta, Model 96D, .40 caliber semi-automatic pistol, bearing serial number BER048920;

29) A Ruger, Model EC9s, 9mm semi-automatic pistol, bearing serial number 458-03860;

30) A Glock, Model 26, 9mm semi-automatic pistol, bearing serial number AEUF233;

      31)    A Taurus, Model 856, .38 caliber revolver, bearing serial number ABJ900092;

      32)    A Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BFNV689; and

      33)    A Springfield, Model Hellcat, 9mm semi-automatic pistol, bearing serial number BY385241.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

*[signature: Salvatore L. Astolfi for]*

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

RYAN BLASICK

INDICTMENT

Counts
18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D) (dealing in firearms without a license – 1 count)
18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee – 23 counts)
Notice of forfeiture

A true bill.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Filed in open court this __7__ day,
Of __SEPTEMBER__ A.D. 20 __21__

Clerk

Bail, $_____